No. D–1702. IN RE DISBARMENT OF SCOTT. Arthur R. Scott, Jr., of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1703. IN RE DISBARMENT OF ABRAMSON. Herbert W. Abramson, of Ft. Lauderdale, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1704. IN RE DISBARMENT OF COOKE. Lane J. Cooke, of Hickory, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1705. IN RE DISBARMENT OF GRINES. Joseph Michael Grines, of Langhorne, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1706. IN RE DISBARMENT OF SWAIM. John J. Swaim, of Philadelphia, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1707. IN RE DISBARMENT OF BARNETT. Elliott B. Barnett, of Delray Beach, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.